UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE STRICKER, Derivatively on Behalf of Nominal Defendant PJT PARTNERS INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>PAUL J. TAUBMAN, ANDREW W. W. CASPERSEN, HELEN T. MEATES, KENNETH C. WHITNEY, DENNIS S. HERSCH, THOMAS M. RYAN, and EMILY K. RAFFERTY,<br><br>             Defendants,<br><br>   -and-<br><br>PJT PARTNERS INC.,<br><br>             Nominal Defendant. | Civil Action No. 16-3521<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Eugene Stricker ("Plaintiff") hereby voluntarily dismisses his action, *Stricker v. Taubman, et al.*, No. 16-3521, brought before the United States District Court for the Southern District of New York, without prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss Plaintiff's action.

Moreover, neither Plaintiff nor Plaintiff's counsel has received any remuneration in connection with the proposed dismissal of this action.

Dated: June 28, 2016                              **BRAGAR EAGEL & SQUIRE P.C.**

*/s/ J. Brandon Walker*
J. Brandon Walker
Todd H. Henderson
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: 212-308-5858
Fax: 212-214-0506

*Counsel for Plaintiff*